UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


JOE O'BRIEN #484428,

        Plaintiff,                        Case No. 2:13-cv-131

v.                                        Hon. R. Allan Edgar

WILLIAM BORGERDING, et al

        Defendants.
_____/

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

      On January 12, 2015, Magistrate Judge Timothy P. Greeley recommended that Plaintiff's case be dismissed for failure to prosecute (Doc. #33).  The Report and Recommendation was duly served on Plaintiff by mail on January 12, 2014.   No objections have been filed pursuant to 28 U.S.C. § 636, therefore, **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation dated January 12, 2014 (Doc. #33) is **APPROVED AND ADOPTED** as the opinion of this Court.

      **IT IS ORDERED** that the Plaintiff's case is **DISMISSED** for failure to prosecute.

      A judgment consistent with this Order will be entered.


Dated: 2/11/2015                                                 */s/ R. Allan Edgar*
                                                             R. ALLAN EDGAR
                                                             UNITED STATES DISTRICT JUDGE